37655, 37656. McMILLAN et al. v. PEDERSEN; and vice versa.

Judgment of the trial court affirmed pursuant to Rule 59. *All the Justices concur.*

DECIDED NOVEMBER 6, 1981.

*Harris, McCracken & Jackson, Roy V. Harris, George B. Rushing,* for appellants.
*C. Thomas Huggins,* for appellee.